McMahon, C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOELLEN DONNER,

    Claimant,

-against-

GFI INSURANCE BROKERAGE, INC.,
and VINCENT M. VIENI, individually,

    Respondents.

Case No. 16 Civ. 9581 (CM)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JoEllen Donner and Defendants GFI Insurance Brokerage, Inc. ("GFI") and Vincent M. Vieni (collectively, "Defendants"), by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

Dated: November 10, 2017
New York, New York

By: _____
Evan Rosen
Ravindra K. Shaw

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

ATTORNEYS FOR DEFENDANTS

THE HARMAN FIRM, LLP
220 Fifth Avenue, Suite 900
New York, New York 10001

Dated: October 6, 2017     By:     _____
New York, New York                    Walker G. Harman, Jr., Esq.

ATTORNEYS FOR PLAINTIFF

It is SO ORDERED

This 13 day of November, 2017

_____
HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

4825-3602-3633.v 1

2